UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CASE NO. 1:02-cv-04385-GBD

**FUND 613300**
**UNCLAIMED DIVIDENDS TRANSFERRED**
**TO UNITED STATES TREASURY**

**ORDER DIRECTING PAYMENT**
**OF UNCLAIMED DIVIDEND**

---------------------------------------------------------------x

WHEREAS the above captioned case represents dividends unclaimed by the payee(s) to whom they have been allocated and whereas from time to time the appropriate payee(s) might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that U.S. Securities and Exchange Commission is entitled to an unclaimed dividend in the amount of $ 153,560.55.

NOW it is

ORDERED, that the United States Treasury, by check, pay to the U.S. Securities and Exchange Commission in the amount of $ 153,560.55 as such person's unclaimed dividend from FUND 613300.

DATED:   NEW YORK, NEW YORK
         APR 1 1 2024

_____
George B. Daniels
District Judge